UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:03CR0017-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER GRANTING PRO HAC |
| ) | VICE MOTION |
| JAMAL H. ALFRED ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court upon the motion of Musa Ghanayem, attorney, for permission to appear and practice *pro hac vice* in this action on behalf of the Defendant, Jamal H. Alfred. The Court notes that John J. Cacheris of the Mecklenburg County Bar will be serving as local counsel in this matter. Upon consideration of the Motion, the court shall grant the same.

**IT IS, THEREFORE, ORDERED** that, in the Court's discretion, Musa Ghanayem is hereby admitted *pro hac vice* to practice before this Court in this action on behalf of the Defendant.

Signed: November 28, 2007

David C. Keesler
United States Magistrate Judge